IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA

    Plaintiff/Appellee,

v.                                                                         Case No. 15-4246

OMAR GUALTERO.

    Defendant/Appellant.

### MOTION TO SUBSTITUTE COUNSEL

COMES NOW, Edwin S. Booth, and moves the Court to substitute, Lawrence H. Woodward, Jr. as counsel for the Appellant, Omar Gualtero. Mr. Booth has left his position as an associate at the firm of Shuttleworth, Ruloff, Swain, Haddad, & Morecock, P.C., effective September 14, 2015 and had joined a practice that does not do criminal law work. Mr. Booth contends that it will be in the Appellant's best interest to have an experienced appellate attorney who remains actively engaged in the practice of criminal law. Lawrence H. Woodward, Jr. is a partner at Shuttleworth, Ruloff, Swain, Haddad, & Morecock, P.C. and agrees to take over the representation of the Appellant. Mr. Woodward is on the 4th Circuit CJA panel and routinely accepts appointments when requested by the Court. Mr. Woodward is willing to represent the Appellant on a court appointed basis. Mr. Booth was appointed to the case on May 1, 2015.

Wherefore, it is respectfully requested that Edwin S. Booth be relieved of his duties to represent the Appellant and that Mr. Woodward be appointed as counsel for the Appellant.

                                                                         Respectfully submitted,

OMAR GUALTERO

/ s /
_____
Edwin S. Booth Esquire
Virginia State Bar #67973
Attorney for the Appellant,
    Omar Gualtero
Shuttleworth, Ruloff, Swain,
    Haddad & Morecock, P.C.
317 30th Street
Virginia Beach, Virginia  23451
Telephone Number:  (757) 671-6000
Facsimile Number:   (757) 671-6004
Email address: ebooth@srgslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Michael Phillip Ben'Ary, Esq.
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA 22314-5194
Phone: 703-299-3700
Email address: michael.ben'ary@usdoj.gov

Stacey K. Luck, Esq.
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA 22314-5194
Phone: 703-299-3700
Email address: stacey.luck@usdoj.gov

                            / s /
Edwin S. Booth Esquire
Virginia State Bar #67973
Attorney for the Appellant,
   Omar Gualtero
Shuttleworth, Ruloff, Swain,
   Haddad & Morecock, P.C.
317 30th Street
Virginia Beach, Virginia   23451
Telephone Number:  (757) 671-6000
Facsimile Number:   (757) 671-6004
Email address: ebooth@srgslaw.com